IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
No. 5:13-CV-00716-D

| | |
|---|---|
| ROBERT MANKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF APPEARANCE OF** |
| v. ) | **ROBERT J. MORRIS** |
| ) | |
| FANDANGO, LLC, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Local Civil Rule 5.2(a), Robert J. Morris, a partner in the Raleigh, North Carolina law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan LLP, hereby gives notice of his appearance as counsel in this action for defendants Smith-Blair, Inc. and Sensus USA, Inc. Mr. Morris is a member in good standing of the North Carolina State Bar (N.C. State Bar No. 15981) and is admitted to practice before this Court. Mr. Morris' complete contact information is set forth immediately below.

This the 29th day of November, 2013.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 921-1220
Facsimile: (919) 821-6800

Attorneys for Fandango, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on the 29th day of November, 2013, I electronically filed the foregoing Notice of Appearance of Robert J. Morris with the Clerk of Court using the CM/ECF system, which will send notification to the attorneys of record for Robert Mankes as follows:

| | |
|---|---|
| Anthony J. Biller | abiller@coatsandbennett.com<br>mblackman-hughes@coatsandbennett.com<br>jsorey@coatsandbennett.com<br>ehaas@coatsandbennett.com |
| James R. Lawrence, III | jlawrence@coatsandbennett.com<br>mblackman-hughes@coatsandbennett.com<br>jsorey@coatsandbennett.com |

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800