IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
No. 5:13-CV-00716-FL

| ROBERT MANKES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT FANDANGO, LLC'S** |
| v. | ) | **MOTION TO DISMISS** |
| | ) | |
| FANDANGO, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure, defendant Fandango, LLC hereby moves the Court for the entry of an order dismissing the Complaint [DE 1] on the ground that it fails to state a claim upon which relief can be granted.

The grounds supporting this motion are set forth in the brief submitted herewith.

This the 6th day of January, 2014.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 921-1220
Facsimile: (919) 821-6800

Attorneys for Fandango, LLC

1

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W.
Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

## CERTIFICATE OF SERVICE

I hereby certify that, on the 6th day of January, 2014, I electronically filed the foregoing Defendant Fandango, LLC's Motion to Dismiss with the Clerk of Court using the CM/ECF system, which will send notification to the attorneys of record for Robert Mankes as follows:

| | |
|---|---|
| Anthony J. Biller | abiller@coatsandbennett.com |
| | mblackman-hughes@coatsandbennett.com |
| | jsorey@coatsandbennett.com |
| | ehaas@coatsandbennett.com |
| | |
| James R. Lawrence, III | jlawrence@coatsandbennett.com |
| | mblackman-hughes@coatsandbennett.com |
| | jsorey@coatsandbennett.com |

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800

3

Case 5:13-cv-00716-FL   Document 14   Filed 01/06/14   Page 3 of 3