UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT MANKES, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) **JUDGMENT** ) ) No. 5:13-CV-716-FL |
| FANDANGO, LLC, | ) ) ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 26, 2015, and for the reasons set forth more specifically therein, that defendant's motion for judgment on the pleadings is GRANTED.

**This Judgment Filed and Entered on March 5, 2015, and Copies To:**
D. Kyle Deak (via CM/ECF Notice of Electronic Filing)
Gregory P. Currey (via CM/ECF Notice of Electronic Filing)
Robert J. Aylward (via CM/ECF Notice of Electronic Filing)


March 5, 2015         JULIE RICHARDS JOHNSTON, CLERK
                      /s/ Christa N. Baker
                     (By) Christa N. Baker, Deputy Clerk