UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT MANKES, )
)
Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:13-CV-716-FL
FANDANGO, LLC and REGAL )
ENTERTAINMENT GROUP, )
)
Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 28, 2017, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED and plaintiff's second amended complaint is DISMISSED with prejudice.

**This Judgment Filed and Entered on February 28, 2017, and Copies To:**
David E. Bennett; David Dewitt Kalish; Emily Michele Haas; Anthony J. Biller; Robert J. Morris; Michael W. Mitchell; Sharon L. Davis; Danielle Thompson Willis; David B. Conrad; Neil McNabnay; and Richardo J. Bonilla (via CM/ECF Notice of Electronic Filing)


February 28, 2017              JULIE RICHARDS JOHNSTON, CLERK
                                  /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk